UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

**IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION**

: **3:09-md-02100-DRH-PMF**

: **MDL No. 2100**

:

------------------------------------------------------------

: **Judge David R. Herndon**

**This Document Relates to:**

ROSENBERG,
    Plaintiff
v.
BAYER CORPORATION et al.,
    Defendants

Case No.
3:10-cv-10391-DRH-PMF

_____

    This matter is before the Court on Plaintiff's motion to allow attorney Mark Niemeyer of the law firm of Onder, Shelton, O'Leary & Peterson LLC, to enter as additional counsel of record (Doc. 36). Upon consideration of Plaintiffs' motion, the Court finds as follows:

    Plaintiffs' Motion is **GRANTED.**

    **SO ORDERED:**

/s/   David R Herndon
Chief Judge
United States District Court                                                DATE: June 14, 2010