UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Robin Cozzolino v. Bayer Corporation, et al.* | No. 10-cv-10460-DRH |
| *Terri Harris v. Bayer Corporation, et al.* | No. 11-cv-11071-DRH |
| *Lori Jioras v. Bayer Corporation, et al.* | No. 11-cv-11075-DRH |
| *Tracy Rosenberg v. Bayer Corporation, et al.* | No. 09-cv-10083-DRH |

JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 13, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
      **Deputy Clerk**

**Dated:**  June 17, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.18
08:18:01 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**